JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
HOLLY A. VANCE
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: 775-784-5438
holly.a.vance@usdoj.gov
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLINE KING, Individually, and as Special Administratrix of the ESTATE OF WILLIAM NESBIT KING, WILLIAM DEE KING, Individually, and TENESHA KING, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 2:21-cv-01285-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney fees.

Dated: December 16, 2022.

| | |
|---|---|
| LAIRD LAW PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Danial O. Laird*<br>DANIAL O. LAIRD<br>Attorney for Plaintiffs | /s/ *Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

The stipulation of the parties to dismiss this action with prejudice is GRANTED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 19th day of December, 2022.